IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-713-BR

| | |
|---|---|
| CHLOE J. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TIMOTHY K. KELLY, NCDSS Sec. Chief; GWENDOLYN E. SANDERS, NCDS Human Res. Mgr.; CHARISSE S. JOHNSON, NCDSS Former Sec. Chief, | ) |
| Defendants. | ) |

This case comes before the court on the motion (D.E. 25) filed by plaintiff Chloe J. Smith, who is proceeding *pro se*, requesting that she be relieved from the requirement to compensate a mediator pursuant to Local Civil Rule 101.b(c), E.D.N.C.. However, this case is not subject to mandatory mediation, pursuant to Local Civil Rule 101.1a(b), in light of plaintiff's status as a *pro se* litigant, nor has mediation otherwise been ordered for this case pursuant to Local Civil Rule 101.1a(c). For these reasons, plaintiff's motion is unnecessary and will be DENIED as moot.

SO ORDERED, this the 14th day of June 2013.

_____
James E. Gates
United States Magistrate Judge