IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-713-BR

| | |
|---|---|
| CHLOE J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| TIMOTHY K. KELLEY, et al., | ) |
| | ) |
| Defendants. | ) |

This case comes before the court for entry of a Scheduling Order pursuant to the court's Order for Discovery Plan (D.E. 23). Plaintiff, who is proceeding pro se, filed her proposed discovery plan (D.E. 27) before conferring with defendants. Defendants filed a motion (D.E. 29) to stay their obligation to conduct a Fed. R. Civ. P. 26(f) conference and file a proposed discovery plan pending resolution of their motion to dismiss for failure to state a claim upon which relief may be granted (D.E. 14). Thereafter, plaintiff filed several motions to stay the Rule 26(f) conference (D.E. 32, 34) and, apparently, to proceed with entry of a scheduling order (D.E. 36). The motion to dismiss has since been resolved. (*See* D.E. 38). The pending motions (D.E. 29, 32, 34, 36) are therefore DENIED AS MOOT.

The parties shall conduct a Rule 26(f) meeting by 9 January 2014 and, within 14 days from the date of such conference, shall file a joint proposed discovery plan or separate proposed plans if they are unable to agree on a joint plan. The terms of the court's Order for Discovery Plan not modified in this order remain in effect.

SO ORDERED, this the 19 day of December 2013.

_____
James E. Gates
United States Magistrate Judge

2