UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-cv-713-BR

Chloe J. Smith                                    )
                                                  )
                        Plaintiff,                )
        v.                                        )   ORDER TO DEEM RESPONSES
                                                  )   TIMELY FILED
North Carolina Department of Health and           )
Human Services,                                   )
                                                  )
                        Defendants,               )
                                                  )

THIS MATTER comes before the Court on Plaintiff's request to deem its Response to Defendant's Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion for Summary Judgment timely filed. The Court, having considered the motion finds that there are good grounds for granting the requested relief.

IT IS THERERFORE ORDERED that Plaintiff's Response to Defendant's Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion for Summary Judgment be deemed timely filed.

This the 12th day of January, 2016.

for _____
        JULIE RICHARDS JOHNSTON, CLERK